UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY ALOISIO<br>ALOISIO GROUP, LLC<br>JOHN DIFRUSCIO, JR. | Criminal Case No. 21-27MSM |

## JURY VERDICT FORM

1. As to Count 1 charge of Conspiracy, we the Jury find the Defendant Gregory Aloisio:

   _____          \_\_\_✓_____
   NOT GUILTY                         GUILTY

   If you find Mr. Aloisio guilty, specify the object of the conspiracy:

   _____          _____          \_\_\_✓_____
   Bank Fraud       Wire Fraud       Both Bank Fraud and Wire Fraud

   As to Count 1 charge of Conspiracy, we the Jury find the Defendant Aloisio Group, LLC:

   _____          \_\_\_✓_____
   NOT GUILTY                         GUILTY

   If you find the Aloisio Group LLC guilty, specify the object of the conspiracy:

   _____          _____          \_\_\_✓_____
   Bank Fraud       Wire Fraud       Both Bank Fraud and Wire Fraud

As to Count 1 charge of Conspiracy, we the Jury find the Defendant John DiFruscio, Jr.:

_____          _____✓_____
NOT GUILTY                            GUILTY

If you find Mr. Difruscio guilty, specify the object of the conspiracy:

_____       _____       ___✓___
Bank Fraud      Wire Fraud      Both Bank Fraud and Wire Fraud

2. As to Count 2 charge of Bank Fraud, we the Jury find the Defendant Gregory Aloisio:

_____          _____✓_____
NOT GUILTY                            GUILTY

If you find Mr. Aloisio guilty, specify the type:

___✓___                          ___✓___
Scheme to Defraud           Making False Statements or Misrepresentations

As to Count 2 charge of Bank Fraud, we the Jury find the Defendant John DiFruscio, Jr.:

_____          _____✓_____
NOT GUILTY                            GUILTY

If you find Mr. Difruscio guilty, specify the type:

___✓___                          ___✓___
Scheme to Defraud           Making False Statements or Misrepresentations

3. As to Count 3 charge of Bank Fraud, we the Jury find the Defendant Gregory Aloisio:

_____    _____✓_____
NOT GUILTY                GUILTY

If you find Mr. Aloisio guilty, specify the type:

_____✓_____            _____✓_____
Scheme to Defraud         Making False Statements or Misrepresentations

As to Count 3 charge of Bank Fraud, we the Jury find the Defendant John DiFruscio, Jr.:

_____    _____✓_____
NOT GUILTY                GUILTY

If you find Mr. Difruscio guilty, specify the type:

_____✓_____            _____✓_____
Scheme to Defraud         Making False Statements or Misrepresentations

4. As to Count 4 charge of Bank Fraud, we the Jury find the Defendant Gregory Aloisio:

_____    _____✓_____
NOT GUILTY                GUILTY

If you find Mr. Aloisio guilty, specify the type:

_____✓_____            _____✓_____
Scheme to Defraud         Making False Statements or Misrepresentations

As to Count 4 charge of Bank Fraud, we the Jury find the Defendant John DiFruscio, Jr.:

_____      ✓
NOT GUILTY           _____
                     GUILTY

If you find Mr. Difruscio guilty, specify the type:

✓                    ✓
_____      _____
Scheme to Defraud    Making False Statements or Misrepresentations

5. As to Count 5 charge of Wire Fraud, we the Jury find the Defendant Gregory Aloisio:

_____      ✓
NOT GUILTY           _____
                     GUILTY

As to Count 5 charge of Wire Fraud, we the Jury find the Defendant John DiFruscio, Jr.:

_____      ✓
NOT GUILTY           _____
                     GUILTY

6. As to Count 6 charge of Money Laundering, we the Jury find the Defendant Gregory Aloisio:

_____      ✓
NOT GUILTY           _____
                     GUILTY

Signature of Foreperson: ██████████        Date: 3/31/23